```
 1  Kim F. Mallory, Esq. (SBN 159870)
    Law Offices of Kim F. Mallory
 2  P.O. Box 21146
    El Sobrante, California 94820
 3  (510) 223-3657 Telephone, (510) 223-3652 Fax
 4
 5
 6              UNITED STATES DISTRICT COURT
 7            NORTHERN DISTRICT OF CALIFORNIA
 8  YVONNE WESTBROOK,
 9                          Plaintiff,        Case No. C 05-02231 JSW
10       v.
11  HAYWARD FORD, ET AL.,
12                          Defendant.        VOLUNTARY DISMISSAL
```

**It is hereby agreed**, by and between the undersigned counsel for the respective parties to this action, that the within action and all claims that were or could have been asserted herein be, and the same hereby are, settled and dismissed with prejudice.

Dated: February 27, 2006

_[signature]_
KIM F. MALLORY
Attorney for Plaintiff

Dated: February 27, 2006

_[signature]_
MARK INTRIEIRI
Attorney for Defendants

STIPULATION OF DISMISSAL

1 | LAW OFFICES OF KIM F. MALLORY
2 | KIM F. MALLORY, Esq./ State Bar No. 159870
P/O/ Box 21146
El Sobrante, California 94820
3 | (510) 223-3657; Fax (510) 223-3652

4

Attorney for Plaintiff
5 | Yvonne Westbrook

6

7

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10

11 | YVONNE WESTBROOK,           )   Case NO.: C05-02231 JSW
                                )
12 |       Plaintiff,            )
                                )
13 |   vs.                       )   **ORDER**
                                )
14 | HAYWARD FORD ET AL.,        )
                                )
15 |       Defendants,           )

16 | _____

17

18 | The Court hereby grants Parties voluntary dismissal.

19

20 | DATED:  March 2, 2006

21                                       _Jeffrey S. White_
                                         JUDGE OF THE DISTRICT COURT
22

23

24

25

Order                                    1